# United States Court of Appeals

## For the Eighth Circuit

_____

No. 13-2847

_____

Latarris Keith Robinson

*Plaintiff - Appellant*

v.

Sgt. Corderro Davis, Varner Unit, ADC; Jimmy Banks, Warden, Varner Unit, ADC; Major Jared Byers, Varner Unit, ADC; Gene Carol Ables, Nurse, Varner Unit, ADC (originally named as Ables); Cynthia Jean Newton, Nurse, Varner Unit, ADC; Captain Mark Stephens, Varner Unit, ADC (originally named as Stevens); Curtis Mienzer, Warden, Varner Unit, ADC; Margaret Rector, Psychologist, Varner Unit, ADC (originally named as Rector); Kathryn Bowman, Dr. (originally sued as Bowman); Connie Hubbard; John Doe, Unknown; Larry May, Chief Deputy Director, Arkansas Department of Correction; Wendy Kelly, Arkansas Department of Correction

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Pine Bluff

_____

Submitted: June 23, 2014
Filed: June 26, 2014
[Unpublished]

_____

Before BYE, COLLOTON, and BENTON, Circuit Judges.

_____

PER CURIAM.

Inmate Latarris Keith Robinson appeals following the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Upon careful consideration of the orders Robinson has challenged on appeal, including the grant of summary judgment to certain defendants, see Wise v. Lappin, 674 F.3d 939, 941 (8th Cir. 2012) (per curiam) (de novo review), we find no basis for reversal. The judgment of the district court is affirmed. See Fed. R. App. P. 47B.

_____

[1]The Honorable J. Leon Holmes, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Beth Deere, United States Magistrate Judge for the Eastern District of Arkansas.